[No. 13200-8-I.   Division One.   February 4, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON
EUGENE WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03516-1, William C. Goodloe, J., entered
May 18, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Scholfield, J.

[No. 6112-4-III.   Division Three.   February 5, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST
GEORGE WICKE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00393-9, Harold D. Clarke, J.,
entered September 21, 1983. *Affirmed* by unpublished
opinion per McInturff, J., concurred in by Green, C.J., and
Thompson, J.

[No. 6349-6-III.   Division Three.   February 5, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN
CARL WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 25706, George T. Shields, J., entered
November 24, 1982. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Thompson,
JJ.